## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARREN O'NEAL DYKES** | **CIVIL ACTION** |
| versus | **NO. 13-346** |
| **N. BURL CAIN, WARDEN** | **SECTION: "E" (1)** |

### ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of Darren O'Neal Dykes for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this __22nd__ day of _____December_____, **2014.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**