# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARREN O'NEAL DYKES** | **CIVIL ACTION** |
| **versus** | **NO. 13-346** |
| **N. BURL CAIN, WARDEN** | **SECTION: "E" (1)** |

## JUDGMENT

The Court, having considered the petition, the record, the applicable law and for the written reasons assigned;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the federal petition of Darren O'Neal Dykes for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

**New Orleans, Louisiana, this** __22nd__ **day of** _____December_____ **, 2014.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**