UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DARREN O'NEAL DYKES**               **CIVIL ACTION**

**VERSUS**                            **NO. 13-346**

**N. BURL CAIN, WARDEN**              **SECTION "E"(1)**

### CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____    a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____
_____

__X__    a certificate of appealability shall not be issued for the following reason(s):

Petitioner has failed to make a substantial showing of the denial of any constitutional right.

**New Orleans, Louisiana, this** _22nd_ **day of** _December_ **, 2014.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**